# C | T | S | W

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

Stephen Wagner

direct: 212-381-8732
e-mail: swagner@ctswlaw.com

April 12, 2018

**<u>Via ECF</u>**

Hon. Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Biztank, Inc., et al. v. Mehulol Publications, LLC, et al.*
            Case No. 1:17-cv-06869 (CBA)(SMG)

Dear Judge Amon:

    We represent defendants and counterclaim plaintiffs Mehulol Publications, LLC d/b/a Ami Magazine ("Ami"), Yitzchok Frankfurter ("Y. Frankfurter") and Rechy Frankfurter ("R. Frankfurter," together with Y. Frankfurter and Ami, the "Ami Parties.").

    We write to request a short extension of the briefing schedule for the preliminary injunction motions for the hearing scheduled for May 24-25. Counsel for plaintiffs consents to this request. We request to move the date for the parties to file their papers as follows:

        Moving briefs from April 13 to April 16;
        Opposition briefs from May 1 to May 3;
        Reply briefs, exhibit lists and witness lists from May 11 to May 15.

    The hearing dates would remain the same. We appreciate in advance Your Honor's consideration of this request.

                            Respectfully submitted,

                            Stephen Wagner

cc:    All counsel of record (via ecf)